[No. 24117-3-III. Division Three. January 24, 2006.]

GLENDA WOLVERTON ET AL., *Appellants*, v. BRUCE W. YOUNG ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Franklin County, No. 04-2-50599-5, Robert G. Swisher, J., entered January 4, 2005. *Affirmed in part* and *reversed in part* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Kato, C.J., and Schultheis, J.

[No. 22116-4-III. Division Three. January 26, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN L. HILTON, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-1-00446-0, Vic L. VanderSchoor, J., entered May 30, 2003. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Thompson, J. Pro Tem.

[No. 23346-4-III. Division Three. January 26, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN CHRISTOPHER ELGIN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-00271-1, Maryann C. Moreno, J., entered July 26, 2004. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 23453-3-III. Division Three. January 26, 2006.]

*In the Matter of the Marriage of* GURMIT PANAG, *Respondent,* and MANMOHAN PANAG, *Appellant.*

Appeal from a judgment of the Superior Court for Lincoln County, No. 02-3-02694-4, Philip W. Borst, J., entered September 14, 2004. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Kato, C.J., and Brown, J.